UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUTHWEST MARINE AND GENERAL INSURANCE
COMPANY,

Plaintiff,

-v-

HUDSON EXCESS INSURANCE COMPANY *et al.*,

Defendants.

---

25 Civ. 6472 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 12, 2026, at the parties' request, the Court adjourned the telephonic pre-motion conference in this case to June 24, 2026.  Dkt. 25.  On May 8, 2026, plaintiff Southwest Marine and General Insurance Company ("Southwest") filed a pre-motion letter, pursuant to the Court's Individual Rule 3(L).  Dkt. 26.  Under that Rule, defendant Hudson Excess Insurance Company's response was due on May 15, 2026.  To date, however, none has been filed.

The Court thus directs Hudson Excess Insurance Company to respond to Southwest's pre-motion letter by no later than **5 p.m. tomorrow** (June 23, 2026).  Per Rule 3(L), the response shall not exceed three single-spaced pages.  For avoidance of doubt, the pre-motion conference will be held as scheduled (*i.e.*, on June 24, 2026 at 10 a.m.).

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 22, 2026
       New York, New York