UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUTHWEST MARINE & GENERAL INSURANCE
COMPANY,

                Plaintiff,

      -v-

HUDSON EXCESS INSURANCE COMPANY *et al.*,

              Defendants.

25 Civ. 6472 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed on the record at today's conference, the Court sets the following summary judgment briefing schedule:

- By July 15, 2026, the parties shall file their joint stipulation of facts.

- By August 5, 2026, plaintiff Southwest Marine & General Insurance Company ("Southwest Marine") shall file its motion for summary judgment.

- By August 26, 2026, defendant Hudson Excess Insurance Company shall file its opposition.

- By September 9, 2026, Southwest Marine shall file any reply.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2026
      New York, New York