Weber Gallagher

1000 Franklin Avenue, Suite 300
Garden City, NY 11530

T: (516) 408-2422
F: (516) 461-3271

George L. Maniatis
Partner

Direct Dial: (516) 367-0274
Email: george.maniatis@wglaw.com

August 31, 2026

**VIA ECF**
Hon. Judge Paul A. Engelmayer
United States District Court
40 Foley Square
New York, New York 10007

**Re:** ***Southwest Marine and General Insurance Company v. Hudson Excess Insurance Company and Jose Hualpa Chisag***
Southern District of New York; Civil Case No.: 1:25-cv-06472-PAE
WG File No. 0216880

Dear Judge Engelmayer:

Pursuant to the Court's July 31, 2026 Order, Defendant, Hudson Excess Insurance Company ("Hudson") respectfully requests that the Summary Judgment briefing schedule be adjourned as follows:

Hudson's opposition to Plaintiff's motion for summary judgment, which is currently due on September 9, 2026, be adjourned until October 9, 2026;

Plaintiff's reply, which is currently due on September 23, 2026, be adjourned to October 23, 2026.

Hudson requests the adjournment of the briefing dates due to counsel's personal medical reasons. This is Hudson's first request for an adjournment or extension.

Respectfully Submitted,

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

George L. Maniatis

cc: William Edwins, Esq.

The Court wishes counsel a speedy recovery and, subject to confirmation that plaintiff consents, expects to approve defendant's proposed adjournment of the briefing schedule. Plaintiff's letter on this point is due tomorrow, September 2, 2026.

SO ORDERED.

Date: September 1, 2026
New York, New York

PAUL A. ENGELMAYER
United States District Judge