LONDON FISCHER LLP
59 Maiden Lane
New York, New York 10038
t: (212) 972-1000
f: (212) 972-1030
www.LondonFischer.com

September 2, 2026

**VIA ECF**

Hon. Judge Paul A. Engelmayer
40 Foley Square, Room 2201
New York, NY 10007

Re: *Southwest Marine and General Insurance Company v. Hudson Excess Insurance Company and Jose Hualpa Chisag*
Southern District of New York; Civil Case No.: 1:25-cv-6472-PAE

Dear Judge Engelmayer:

This letter will confirm Southwest's consent to Defendant's proposed briefing schedule adjournment.

Southwest is appreciative of the Court's time and attention to this matter.

Respectfully yours,

LONDON FISCHER LLP

/s/ Matthew Goldman
Matthew Goldman
Attorneys for Plaintiff
Southwest Marine and General Insurance Company
59 Maiden Lane, Floor 39
New York, NY 10038
(212) 972-1000
LF file no.: 415.0567013

The Court hereby GRANTS defendant's unopposed request, Dkt. 38, that the briefing schedule be adjourned as follows:

(1) Hudson's opposition to plaintiff's motion for summary judgment is due October 9, 2026; and (2) any reply by plaintiff is due October 23, 2026.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Date: September 2, 2026
New York, New York