Weber Gallagher

1000 Franklin Avenue, Suite 300
Garden City, NY 11530

T: (516) 408-2422
F: (516) 461-3271

George L. Maniatis
Partner

Direct Dial: (516) 367-0274
Email: george.maniatis@wglaw.com

October 1, 2026

**VIA ECF**
Hon. Judge Paul A. Engelmayer
United States District Court
40 Foley Square
New York, New York 10007

**Re:** ***Southwest Marine and General Insurance Company v. Hudson Excess Insurance Company and Jose Hualpa Chisag***
Southern District of New York; Civil Case No.: 1:25-cv-06472-PAE
WG File No. 0216880

Dear Judge Engelmayer:

Pursuant to the Court's September 3, 2026 Order, Defendant, Hudson Excess Insurance Company ("Hudson") respectfully requests that the Summary Judgment briefing schedule be adjourned as follows:

Hudson's opposition to Plaintiff's motion for summary judgment, which is currently due on October 9, 2026, be adjourned until October 23, 2026;

Plaintiff's reply, which is currently due on October 23, 2026, be adjourned to November 6, 2026.

Hudson requests the adjournment of the briefing dates due to counsel's personal medical reasons. Plaintiff's counsel consents to this request. This is Hudson's second request for an adjournment or extension.

Respectfully Submitted,

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

George L. Maniatis

cc: William Edwins, Esq.

GRANTED. The Court wishes counsel a quick recovery.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 1, 2026
New York, New York